IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISMAEL H. PADILLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DIR. TX., PRISION SYSTEM, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:21-CV-0908-C-BH |

### **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be summarily dismissed as barred by the three-strikes rule of 28 U.S.C. § 1915(g) unless Plaintiff timely pays the filing fee.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, and noting that Plaintiff has failed to pay the filing fee, the Court **ORDERS** that this

---

[1] Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.

civil action be **DISMISSED** as barred by the three-strikes rule. Any and all pending motions are **DENIED**.

SO ORDERED this 17th day of May, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE