IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ISMAEL H. PADILLA, )
 )
    Plaintiff, )
 )
v. )
 )
DIR. TX., PRISON SYSTEM, *et al.*, )
 )
    Defendants. ) Civil Action No. 3:21-CV-0908-C-BH

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's *Motion to Appeal; Findings, Conclusions, and Recommendation, and Provide Info that, 28 U.S.C. § 1915(g) does Not Exists [sic] in Pro Se Litigation* should be construed as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) and should be denied.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDER**S that Plaintiff's Motion—construed as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e)—is hereby **DENIED**.

SO ORDERED.

Dated June 29, 2021.

    SAM R. CUMMINGS
    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.