IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISMAEL H. PADILLA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DIR. TX., PRISON SYSTEM, *et al.*, | ) ) |
| Defendants. | ) Civil Action No. 3:21-CV-0908-C-BH |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's *Motion to Address Wrongful Errors by the U.S. Dist., Ct.,* should be construed as seeking relief from judgment under Federal Rule of Civil Procedure 60(b) and should be denied.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Plaintiff's Motion—construed as seeking relief under Federal Rule of Civil Procedure 60(b)—be **DENIED**.

SO ORDERED.

Dated September __1__, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.