IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISMAEL H. PADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIR. TX., PRISON SYSTEM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 3:21-CV-0908-C-BH |

**ORDER**

Considering the record in this case, the Court hereby finds and **ORDERS**:

( )   The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(X)   The application for leave to proceed *in forma pauperis* on appeal is **DENIED** because the Court certifies pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(g) that the plaintiff is barred by the "three-strikes" rule of § 1915(g), and has not timely paid the filing fee, as discussed in the Magistrate Judge's findings, conclusions, and recommendations filed in this case on April 22, 2021, and June 7, 2021.

(X)   Plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

SO ORDERED.

Dated September __1__, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE